# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 22, 2016

Scott L. Poff
U.S. District Court
801 GLOUCESTER ST STE 220
BRUNSWICK, GA 31520

Appeal Number:  16-12235-F
Case Style:  Joe Young v. Anthony Smith, et al
District Court Docket No:  2:14-cv-00109-LGW-RSB

The referenced appeal was dismissed on 08/15/2016.

This dismissal was issued in error and this appeal has been clerically reinstated.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

REINST-1 Appeal Reinstated